IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BYRON LEININGER and <br> VIRGINIA LEININGER <br><br> Plaintiffs, <br><br> v. <br><br> BAYER CORPORATION; <br> BAYER AG; <br> GLAXOSMITHKLINE, PLC; <br> GLAXOSMITHKLINE; <br> SMITHKLINE BEECHAM <br><br> Defendants. | : <br> : <br> : CIVIL ACTION NO. 02-CV-3343 <br> : <br> : <br> : <br> : <br> : ENTRY OF APPEARANCE <br> : <br> : <br> : <br> : <br> : <br> : |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                                              Aline Fairweather


_____          _____
Alison T. Conn                                                Kirstin J. Miller


                                             DECHERT PRICE & RHOADS
                                             4000 Bell Atlantic Tower
                                             1717 Arch Street
                                             Philadelphia, PA  19103-2793
                                             (215) 994-4000